THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY WEBSTER,<br><br>   Plaintiff,<br><br>vs.<br><br>FLAGSHIP CREDIT ACCEPTANCE, LLC, et al.,<br><br>   Defendants. | Case No: 2:19-cv-01438-KJM-KJN<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED and moved by and between Kathy Webster ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax"), subject to the Court's approval, that Equifax's time to answer, move, or otherwise respond to the Complaint is hereby extended from August 26, 2019 to September 25, 2019.

Respectfully submitted this 19th day of August 2019.

| SULAIMAN LAW GROUP, LTD | NOKES & QUINN |
|---|---|
| /s/ Taxiarchis Hatzidimitriadis<br>TAXIARCHIS HATZIDIMITRIADIS<br>Attorneys for Plaintiff KATHY WEBSTER | /s/ Thomas P. Quinn, Jr.<br>THOMAS P. QUINN, JR.<br>Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC |

- 1 –
STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

## Signature Certification

I Thomas P. Quinn, Jr., hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

August 19, 2019

NOKES & QUINN
/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 –
STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT