TAXIARCHIS HATZIDIMITRIADIS
thatz@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY WEBSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLAGSHIP CREDIT ACCEPTANCE, LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 2:19-cv-01438-KJM-KJN<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLMENT

PLEASE TAKE NOTICE that KATHY WEBSTER ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendant, FLAGSHIP CREDIT ACCEPTANCE, LLC, only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 8th day of September 2019.

　　　　　　　　　　　　　　　　　　s/ Taxiarchis Hatzidimitriadis
　　　　　　　　　　　　　　　　　　Taxiarchis Hatzidimitriadis
　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　2500 South Highland Avenue, Suite 200

1

Lombard, IL 60148<br>
(630) 575-8181<br>
thatz@sulaimanlaw.com<br>
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Taxiarchis Hatzidimitriadis